IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LAWRENCE L. JONES,
D.O.C. # 077137,

      Plaintiff,

v.                                         4:22cv028–WS/MAF

MELINDA COONROD, et al.,

      Defendants.

_____

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation (ECF No. 8) docketed May 16, 2022. The magistrate judge recommends that Plaintiff's complaint be dismissed for failure to prosecute and for failure to comply with a court order. Plaintiff's copy of the report and recommendation was returned to the court, marked "Deceased as of May 6, 2022."

      Upon review of the record, this court has determined that the report and recommendation should be adopted.

      Accordingly, it is ORDERED:

      1. The magistrate judge's report and recommendation (ECF No. 8) is adopted

and incorporated by reference in this order of the court.

2. Plaintiff's complaint and this action are hereby DISMISSED without

prejudice for failure for failure to prosecute.

3. The clerk is directed to enter judgment, stating: "All claims are dismissed

without prejudice."

4. The clerk shall close the case.

DONE AND ORDERED this ___7th___ day of ___June___, 2022.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE